UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    GIUSEPPE D'ALTO                              : Bankruptcy No.  19-10638JKF
                                                    :
    Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD OF ONE YEAR.

FOR THE COURT

**Date: May 8, 2019**

Jean K. FitzSimon, B. J.

Interested parties:

Scott J. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

Timothy Zearfoss, Esq.
143-145 Lone Lane
Upper Darby, PA 19082

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107