United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 19-10638-jkf
Giuseppe D'Alto                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia        Page 1 of 2           Date Rcvd: May 08, 2019
                             Form ID: pdf900        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db              +Giuseppe D'Alto,   236 N. Lynn Blvd.,   Upper Darby, PA 19082-1231
14278966        +Commonwealth of Pennsylvania,   Department of Revenue,   c/o Christopher R. Momjian, Esq.,
                  The Phoenix Building,   1600 Arch Street, Suite 300,   Philadelphia, PA 19103-2016
14278197        +Fay Servicing, LLC,   c/o McCALLA RAYMER LEIBERT PIERCE, LLC,   Bankruptcy Department,
                  1544 Old Alabama Road,   Roswell, GA 30076-2102
14302663        +Fay Servicing, LLCas servicer for PROF-2013-M4 Leg,   c/o Kevin G. McDonald, Esquire,
                  701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
14267214        #+SETERUS,   14523 MILLIKAN WAY,   Beaverton, OR 97005-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:45      City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:37      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:22
                  Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
                  Harrisburg, PA 17128-0946
14292500         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:22
                  Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                  Harrisburg PA 17128-0946
                                                                                        TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
                                                                          TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
          CHRISTOPHER R. MOMJIAN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue crmomjian@attorneygeneral.gov
          JEROME B. BLANK   on behalf of Creditor   PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE paeb@fedphe.com
          KEVIN G. MCDONALD   on behalf of Creditor   PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor   PROF-2013-M4 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          ROBERT J. DAVIDOW   on behalf of Creditor   PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE robert.davidow@phelanhallinan.com
          SCOTT WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          TIMOTHY ZEARFOSS   on behalf of Debtor Giuseppe D'Alto tzearfoss@aol.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: May 08, 2019
                             Form ID: pdf900            Total Noticed: 9


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                            TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :
                                                          :
        GIUSEPPE D'ALTO              : Bankruptcy No.  19-10638JKF
                                                          :
        Debtor(s)                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby

Dismissed with Prejudice and debtor is barred from filing another bankruptcy case,

either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD

OF ONE YEAR.

                                              FOR THE COURT

**Date: May 8, 2019**

                                              Jean K. FitzSimon, B. J.

Interested parties:

Scott J. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

Timothy Zearfoss, Esq.
143-145 Lone Lane
Upper Darby, PA 19082

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107